August 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CAJUN CONSTRUCTORS, INC., Appellant

NO. 14-11-00004-CV                    V.

VELASCO DRAINAGE DISTRICT, Appellee

_____

This court today issued a substitute opinion. We order this court's former judgment of July 10, 2012 vacated, set aside, and annulled. We further order this court's opinion of July 10, 2012 withdrawn.

This cause, an appeal in favor of appellee, Velasco Drainage District, signed December 22, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Cajun Constructors, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.